Document   Page 1 of 3

Philip G. Jones (1748)
Chapter 7 Trustee
853 West Center Street
Orem, Utah 84057
Telephone: (801) 224-2119
Fax: (801) 224-6345

*FILED IN THE
UNITED STATES
BANKRUPTCY COURT
2010 SEP 22 PM 1: 12
DISTRICT OF UTAH*

## IN THE UNITED STATES BANKRUPTCY COURT FOR

## THE DISTRICT OF UTAH CENTRAL DIVISION

| In Re: <br><br> KEVIN D. POTTER <br> ELIZABETH J. POTTER <br><br> Debtor(s). | Case No. 09-24675 <br> Chapter 7 <br><br> Judge: JUDITH A. BOULDEN |
|---|---|

**DEPOSIT OF UNCLAIMED FUNDS**

COMES NOW Philip G. Jones, the trustee of the above referenced bankruptcy case, and hereby represents to the Court that:

    _____ A     The following check(s) was/were issued to the creditor(s) listed below in the amount(s) listed. The check(s) was/were not cashed, and subsequently returned to the Trustee, and the Trustee stopped payment on or voided said check(s), and/or

    __x__ B     The check listed below represents a small dividend payable to the court pursuant to Bankruptcy Rule 3010.

| CLAIM# | CREDITOR & ADDRESS (LAST KNOWN) | CHECK AMOUNT |
|---|---|---|
| 8 | GE Money Bank <br> c/o Recovery Management Systems Corporate <br> 25 SE 2nd Ave Suite 1120 <br> Miami FL 33131-1605 | 3.18 |



A check in the amount of $3.18 representing said funds in payable to the United States Bankruptcy Court, and is attached hereto.

DATED this 11th day of September, 2010.

_____
PHILIP G. JONES
Chapter 7 Trustee

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing DEPOSIT OF UNCLAIMED FUNDS was mailed to the following persons by depositing the same in the United States Mail, first-class postage prepaid or by electronic filing, this 11th day of September, 2010:

U.S. Trustee's Office
Boston Building, Suite 100
9 Exchange Place
Salt Lake City, Utah 84111

ROBERT A. EDER JR.
5667 S. REDWOOD RD, SUITE 8
Salt Lake City, UT 84123

_____

Date: 09/11/10

**DIVIDENDS REMITTED TO THE COURT**

Page: 1

Case Number 09-24675 - POTTER, KEVIN D.

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| **GE Money Bank**<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | 000008 | 839.12 | 3.18 |
| ---------- Remittance Total --------------- | | 839.12 | 3.18 |

*[signature]*

PHILIP G. JONES, Trustee